SOLTESZ LAW GROUP
ROLAND LEE SOLTESZ
137 CENTRAL AVE #3
SALINAS CA 93901
Telephone: (831)230-6866
Email: roland@solteszlaw.com

Attorney for Defendant
EDY ANTONIO

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 5:25CR00150-NW |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER CONTINUING SENTENCING** |
| EDY ANTONIO, | ) | Current Sentencing Date: 5-18-2026 |
| Defendant. | ) | Proposed New Date: 6-2-2026 1:30 PM |
| _____ | ) | |

## STIPULATION

Defendant EDY ANTONIO by and through his counsel of record, Roland Soltesz, and the United States of America, by and through Assistant United States Attorney Sarah Griswold, hereby stipulate and agree, subject to the approval of the Court, as follows:

1. Sentencing in the above-captioned matter is currently scheduled for May 18, 2026 at 1:30PM before the Honorable Noel Wise, United States District Judge.

2. The parties jointly request that the sentencing hearing be continued by approximately thirty (30) days, to June 2 at 1:30pm  or such other date and time as is convenient for the Court.

3. Defense counsel requires additional time to adequately prepare a sentencing memorandum on behalf of the defendant.  Mr. Antonio met with probation on May 6, 2026. Counsel needs additional time to review the Presentence Investigation Report, gather mitigation materials, consult with the defendant and relevant third parties, and prepare a thorough and complete sentencing submission for the Court's consideration.

4. The government, through Assistant United States Attorney Sarah Griswold, does not oppose the requested continuance and joins in this stipulation.

5. The parties further stipulate that the deadlines for the filing of sentencing memoranda and any objections to the Presentence Investigation Report shall be reset based on the new sentencing date in accordance with the Local Rules and this Court's standing orders.

6. This is the first request to continue the sentencing hearing in this matter. The defendant has been advised of and consents to this continuance.

7. No party will be prejudiced by the requested continuance, and the requested continuance is in the interest of justice.

IT IS SO STIPULATED.


Dated: May 8, 2026                          Respectfully submitted,

                                            Craig H. Missakian
                                            United States Attorney

                                            By: /s/ Sarah Griswold
                                            Assistant United States Attorney


Dated: May 8, 2026 2026                     /s/ Roland Soltesz
                                            Attorney for Defendant
                                            Edy Antonio


## ATTESTATION OF E-FILER

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that I have obtained the concurrence in the filing of this document from the other signatory indicated by a conformed signature (/s/) within this e-filed document.

Dated: May 8, 2026                          /s/ Roland Soltesz

## [PROPOSED] ORDER

Based upon the stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for May 18, 2026 is continued to June 2, 2026 at 1:30pm

All related deadlines, including the filing of sentencing memoranda and any objections to the Presentence Investigation Report, are reset accordingly.

IT IS SO ORDERED.

Dated: May 13, 2026

HON. Noel Wise
United States District Judge